IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEANNE PATT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-1894-E |
| | § | |
| PSN AFFILIATES, LLC, d/b/a LEGENT ORTHOPEDIC HOSPITAL, | § § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Leanne Patt hereby dismisses this action with prejudice, with each party to bear her or its own costs of court and attorneys' fees. PSN Affiliates, LLC d/b/a Legent Orthopedic Hospital stipulates to this dismissal with prejudice by the signature of its attorney of record below.

Dated: October 10, 2022.

Respectfully Submitted,

| | |
|---|---|
| */s/ W. D. Masterson* | */s/ Anthony J. Campiti* |
| W. D. Masterson | Anthony J. Campiti |
| State Bar No. 13184000 |   State Bar No. 00798092 |
| | Catherine Barbaree |
| KILGORE & KILGORE, PLLC |   State Bar No. 24098962 |
| 3109 Carlisle Street | Weston J. Mumme |
| Dallas, Texas 75204 |   State Bar No. 24108300 |
| Telephone: (214) 969-9099 | |
| Facsimile: (214)953-0133 | HOLLAND & KNIGHT LLP |
| wdm@kilgorelaw.com | One Arts Plaza |
| | 1722 Routh Street, Suite 1500 |
| ATTORNEYS FOR PLAINTIFF | Dallas, Texas 75201 |
| | Telephone: (214) 969-1700 |
| | Facsimile: (214) 969-1751 |
| | E-mail: tony.campiti@hklaw.com |
| | E-mail: catherine.barbaree@tklaw.com |
| | E-mail: weston.mumme@hklaw.com |
| | |
| | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2022, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System.

                                                        */s/ Anthony J. Campiti*
                                                        Anthony J. Campiti